USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/27/13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

OKLAHOMA FIREFIGHTERS PENSION & RETIREMENT SYSTEM and ELKHORN PARTNERS LIMITED PARTNERSHIP, individually and on behalf of all others similarly situated,

Plaintiffs,

12 **CIVIL** 0895 (NRB)

-against-

**JUDGMENT**

STUDENT LOAN CORPORATION, MICHAEL J. REARDON, JOSEPH P. GUAGE, SCOT H. PARNELL, CITIGROUP INC., CITIBANK N.A., CITI HOLDINGS, INC. DISCOVER FINANCIAL SERVICES,

Defendants.

---------------------------------------------------------X

Defendants having moved to dismiss the consolidated amended complaint (the "CAC") for failure to state a claim under Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on June 25, 2013, having rendered its Memorandum and Order granting defendants' motion to dismiss the CAC, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated June 25, 2013, defendants' motion to dismiss the CAC is granted; accordingly, the case is closed.

**Dated:** New York, New York
June 27, 2013

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON ________